40,953-03,04

RE: WR-40,953-04
08-02-12777-A

RE WR-40,953-03
07-03-12326-A

April 24-15

Dear Clerk

I'm writing concerning the fact that you say my habeas corpus was dismissed 2-15-12 However the writ filed April 2012 with your office was MARKED Amend Writ, However since the writ was dismissed then the Amend writ should and Is the First Writ filed properly because the writ was dismissed. Can you please check the file and find out what happen to that writ!!

I think you in advance
  Your Humble servant

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015
Abel Acosta, Clerk

Respectfully

RICKY STROBLE 1594712
Robertson Unit
Abilene TX 79601